UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHED ABDULAH UNDERWOOD,

    Petitioner,

v.   Case No. 20-cv-10223

GARY MINIARD,[1]

    Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order entered this date, judgment is entered for Respondent Gary Minard and against Rashed Underwood.

Dated at Port Huron, Michigan this 27th day of January, 2023.

    KINIKIA ESSIX
    CLERK OF THE COURT

BY:    S/Lisa Wagner
    Lisa Wagner, Case Manager and
    Deputy Clerk to
    Judge Robert H. Cleland
    (810) 292-6522

---

[1] The caption was amended to reflect the name of Petitioner's current warden as part of the court's January 26, 2023 opinion and order. *See* Rule 2(a) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254.